#### IN THE

# SUPRÈME COURT OF JUDICATURÈ

#### OF THE

## STATE OF NEW-YORK.

#### IN MAY TERM, 1830, IN THE FIFTY-FOURTH YEAR OF OUR INDEPENDENCE.

---

### GRIFFIN *vs.* EVE BORST, widow, &c.

*It seems* that the oath of admeasurers of dower may be administered by the attorney conducting the proceedings.

MOTION to set aside report of admeasurers of dower, appointed by a surrogate on the petition of a widow to have her dower assigned in the estate of her deceased husband. Various objections were urged to the report; amongst others, that the commissioner before whom two of the admeasurers were sworn, was the *attorney* of the widow in the proceeding before the surrogate. The fact was denied, it being stated that he had acted only as *counsel*, and not as the *attorney* of the widow, and that the proceedings were conducted by another person as attorney.

*Hamilton & Goodyear*, for the motion.

*T. Lawyer*, contra.

*By the Court*, SAVAGE, Ch. J. Had the fact been established that the commissioner before whom two of the commissioners were sworn was the attorney of the widow, the objection would not have been sustained. It has been held that an affidavit taken before the attorney in a cause cannot be read on a motion made in court; but we feel no disposition to extend the rule. In this case, however, the fact is denied. The motion is denied.